**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| S.P., | : | No. 70 WAL 2023 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| B.H., | : | |
| | : | |
| Petitioner | : | |

**ORDER**

**PER CURIAM**

  **AND NOW**, this 12th day of June, 2023, the Petition for Allowance of Appeal is **DENIED**.